IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KENYON G. REYNOLDS,

    Plaintiff,

V.

FEDERAL BUREAU OF PRISONS, UNITED
STATES OF AMERICA, PHILIP DELANEY,
STEPHANIE HALL and JOHN DOES 1-50,

    Defendants.

Case No. 15-cv-262-JPG

# **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of the defendant United States of America and against plaintiff Kenyon G. Reynolds on plaintiff's claim under the Federal Tort Claims Act (Count 1), and that that claim is dismissed with prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that the following claims are dismissed with prejudice:

- All claims against the Federal Bureau of Prisons;

- Count 1, an FTCA claim, against defendants Philip Delaney, Stephanie Hall, and John Does 1-50;

- Count 2, a *Bivens* claim for failure to protect in violation of the Eighth Amendment, and Count 3, a *Bivens* claim for failure to provide medical care in violation of the Eighth Amendment, against defendants United States of America and Philip Delaney; and

IT IS FURTHER ORDERED AND ADJUDGED that the following claims are dismissed without prejudice:

- Count 2, a *Bivens* claim for failure to protect in violation of the Eighth Amendment, and Count 3, a *Bivens* claim for failure to provide medical care in violation of the Eighth Amendment, against defendants Stephanie Hall and John Does 1-50.

**DATED: November 20, 2019**

**MARGARET M. ROBERTIE, Clerk of Court**

**s/ Tina Gray, Deputy Clerk**

**Approved:** s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**